UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**JAMIE KAY PETITT**,

            Plaintiff(s),

v.	Case No. **17-2366-JAR-KGG**

**CITY OF VALLEY FALLS, ET AL.**,

Defendant(s).

### ORDER DENYING MOTION TO AMEND SCHEDULING ORDER

Defendants have filed an uncontested Motion to Amend the Scheduling Order to relieve the parties from the requirement in the Order to participate in mediation by January 31, 2018. For the reasons stated below, the motion is denied. However, the Court will adjust deadlines to allow the parties to comply with Scheduling Order.

Paragraph 1 of the Scheduling Order (Doc. 24) specifies the parties' obligations concerning Alternate Dispute Resolution. The parties were required to submit confidential settlement reports by December 8, 2017. They did not do so. The required content of those reports is specified in the Scheduling Order.

The Motion is **DENIED** without prejudice. The parties will submit compliant confidential settlement reports to the Magistrate Judge by February 6, 2018. The deadline to complete required mediation is extended to March 2, 2018. The Magistrate Judge will review the confidential settlement reports and, if the request to be excused from mediation is renewed there and supported, will reconsider excusing the parties from mediation.

It is Ordered.

                                                                        <u>s/ Kenneth G. Gale</u>  
                                                                        KENNETH G. GALE  
                                                                       United States Magistrate Judge