### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| JAMIE PETITT | } | |
|         Plaintiff, | } | Case No. 17-CV-2313 |
| v. | } | |
| | } | |
| BRONSON CAMPBELL, et al | } | |
|         Defendants. | } | |

### PLAINTIFF'S MOTION FOR 12 DAYS ADDITIONAL TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OUT TIME

COMES NOW plaintiff Jamie Petitt, by and through her attorney of record, and moves the court for an order to allow her to file her response to defendants' motion for summary judgment out of time. In support, plaintiff shows the court the following:

1. This is plaintiff's second motion for extension of time to file response to defendant's motion for summary judgment out of time. The plaintiff's first request expires August 6, 2018.

2. Plaintiff counsel's health is improving; and counsel had been working on plaintiff's response, which is nearing completion.

3. Plaintiff's counsel estimates he could complete and file plaintiff's response to defendant's motion for summary judgment in the next 12 days.

4. This matter is currently scheduled for trial in March of 2019; and granting this motion will not affect the court's trial schedule; and granting counsel additional 12 days to complete would not work prejudice to defendants.

**WHEREFORE**, plaintiff prays the court to grant him 12 days or until August 20, 2018 to file her response to defendants' motion for summary judgment out of file.

Respectfully submitted,
OGUNMENO LAW FIRM, LLC

/s/ Prince Adebayo Ogunmeno
Prince Adebayo Ogunmeno KS # 14808
155 S. 18th Street, Suite 250
Kansas City, Kansas 66102-5654
Tel. (913) 233-2133
aikogun@yahoo.com
aikogun@ogunmenolawfirm.com
*Attorney for the Plaintiff*.

## CERTIFICATE OF SERVICE

The undersigned certifies that the above and foregoing was electronically filed on this August 6, 2018, with the clerk of the court using the CM/ECF system, which sent electronic notification of such filling to all those individuals currently electronically registered with the court.

/s/Prince Adebayo Ogunmeno
Prince Adebayo Ogunmeno KS # 14808