IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JAMIE KAY PETITT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 17-CV-2366 |
| CITY OF VALLEY FALLS, KANSAS, ) | |
| BRONSON CAMPBELL, et al ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR EXTENSION OF TIME TO FILE DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

COMES NOW the Defendants and moves this Court for an Order granting them an extension of time up to and including **September 10, 2018** in which to file and serve their Reply Memorandum in Support of Motion for Summary Judgment. In support of their Motion, the Defendants state to the Court as follows:

1) Plaintiff served her Response on August 20, 2018 placing Defendants Reply deadline at **September 4, 2018** [September 3rd is Labor Day].

2) Due to the deposition, briefing and travel schedule of the undersigned together with the intervening Labor Day weekend he will have insufficient opportunity to draft the Defendants' Reply Memorandum.

3) Plaintiff's counsel has been contacted by email regarding this requested extension and has no objection.

4) This is the first request for an extension of this deadline.

{O0343847}

5) The requested extension is made in good-faith and not with the intent of delaying this litigation.

WHEREFORE, the Defendants respectfully request that this Court enter its Order granting them an extension of time up to and including **September 10, 2018** in which to file their Reply Memorandum in Support of Motion for Summary Judgment.

                              Respectfully submitted,

                              FISHER, PATTERSON, SAYLER & SMITH, LLP

                              /s/  Michael K. Seck
                              Michael K. Seck, #11393
                              51 Corporate Woods, Suite 300
                              9393 West 110th Street
                              Overland Park, Kansas  66210
                              913.339.6757/Fax: 913.339.6187
                              mseck@fisherpatterson.com
                              ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

        The undersigned hereby certifies that on August 24, 2018, a copy of the foregoing pleading was electronically filed with the Clerk of the U.S. District Court for the District of Kansas, and a service copy was served electronically on the following:

Prince Adebayo Ogunmeno
155 S. 18th Street, Ste. 250
Kansas City, KS 66102-5654
(913) 233-2133
aikogun@ogunmenolawfirm.com
ATTORNEY FOR PLAINTIFF


        /s/  Michael K. Seck
        Michael K. Seck

{O0343847}